OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Randall C. Lohan
    Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE  19801
(302) 573-6170

November 18, 2025

Clerk of Court

    Re: United States v. Chijioke Timothy Odimegwu
    Case No. 25-634M
    CR 4:25-139

Dear Clerk's Office Staff:

    The case of U.S.A. v. Chijioke Timothy Odimegwu is being transferred to your Court from the U.S. District Court for the District of Delaware. Kindly acknowledge receipt by signing and returning a copy of this letter.

Using your PACER account, you can retrieve the docket and any unrestricted items using the Delaware case number 25-634M.

Our Financial Staff has been copied with this information so they can notify you if there are any bail, passport or criminal debt matters in this case.

 Your address was obtained from the Criminal Transfer Process page, hosted by the Northern District of Texas. Address changes can be made by emailing InterDistrictTransfer_TXND@txnd.uscourts.gov. If you should need anything additional, I can be reached by email or by dialing 302-573-6170.

                             Sincerely,
                             /s/ Larisha Hicks
                             Larisha Hicks
                             Deputy Clerk

/lih

I hereby acknowledge receipt of the record in the above

referenced case on    _____ .
              (date)

_____
    Signature

_____
    Title